IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
2 - EASTERN DIVISION (Hburg)



SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
NOV 0 2 2017
ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES                                              PLAINTIFF

VERSUS                    CRIMINAL NO:    2:17cr30KS-JCG-001

SUSAN K. PERRY                                             DEFENDANT

NOTICE OF ASSIGNMENT OF PROBATION OFFICER

Please take notice that ___Douglas Petersen___ has been assigned as Probation Officer for Defendant ___Susan K. Perry___ and should be noticed of all future pleadings by adding as an Interested Party to said case.

OR

NOTICE OF CHANGE OF ASSIGNMENT OF PROBATION OFFICER

Please take notice that _____ has been assigned as Probation Officer for Defendant _____ and should be noticed of all future pleadings by adding as an Interested Party to said case. Probation Officer _____ is no longer assigned to this defendant and should be terminated as an Interested Party for notice.

MARK D. QUARLES
CHIEF U.S. PROBATION OFFICER

By: _____, Sr USPO