AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| United States of America | ) |
|---|---|
| v. | ) Case No. 2:17cr30-KS-JCG |
| SUSAN K. PERRY (wherever found) | ) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*    SUSAN K. PERRY (wherever found),
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18:1349 Attempt and Conspiracy
18:1343 Fraud by Wire, Radio or Television
21:846  Conspiracy to Distribute Controlled Substance
21:841(a)(1) Controlled Substance - Sell, Distribute, or Dispense
18:371  Conspiracy to Defraud the United States
42:1320a-7b(2)(A) Payment to Non-Licensed Physician

18:1001(a)(1) Statements or Entries Generally

ARTHUR JOHNSTON, CLERK

Date: OCT 19 2017

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 01 2017
BY ARTHUR JOHNSTON DEPUTY

*Issuing officer's signature*

City and state:   HATTIESBURG, MS

L. Regan, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 10.19.17, and the person was arrested on *(date)* 10.24.17
at *(city and state)* GULFPORT.

Date: 11.30.17

*Arresting officer's signature*

MARCUS BV
*Printed name and title*