IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| USA | PLAINTIFF |
| V. | CAUSE NO. 2:17-CR-00030-KS-JCG-1 |
| SUSAN K. PERRY | DEFENDANT |

**AGREED ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE**

The Defendant, Susan Perry, filed a motion requesting certain conditions of her pretrial release be modified. The Defendant requested that she be allowed to travel outside of the Southern District of Mississippi and Southern District of Alabama ("designated areas") for work purposes without having to notify her probation officer a week in advance. Additionally, the Defendant requested to be removed from the urine surveillance program. The Government filed a response and agrees that the terms of the pretrial release should be modified. The Government agrees that the Defendant no longer has to provide one week's notice prior to traveling outside of the designated areas. Instead, as soon as the Defendant learns that she has to travel outside of the designated areas for work she is directed to call her probation officer and let them know. Probation will then allow her to travel outside of the designated area for work purposes. Additionally, the Government agrees that the Defendant should be removed from the "urine surveillance program". The Defendant will still be subject to random drug testing as deemed necessary by the probation office.

It is therefore ordered that the Defendant's terms and conditions of pretrial release are modified as stated herein.

SO ORDERED, this the 4 day of December 2017.

_____
UNITED STATES MAGISTRATE JUDGE

Prepared by:

/s/ Charles R. Mullins
CHARLES R. MULLINS (MSB# 9821)
COXWELL & ASSOCIATES, PLLC
Post Office Box 1337
Jackson, Mississippi 39215-1337
Telephone: (601) 948-1600
Facsimile: (601) 948-7097
*Attorney for Defendant*


Agreed to by:

/s/ Mary Helen Wall
MARY HELEN WALL (MSB# 100857)
Assistant United States Attorney
501 E. Court Street, Suite 4.430
Jackson, MS 39201-0101
Telephone: (601) 965-4480
Facsimile: (601) 965-4409
mary.helen.wall@usdoj.gov